**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **VANESSA COLEMAN**, <br><br> Plaintiff, <br><br> v. <br><br> **DISTRICT OF COLUMBIA, and** <br><br> **BRIAN LEE** <br> **in his individual capacity,** <br><br> Defendants | **Civil Action No.** <br> **09-0050 (HHK/DAR)** |

## ORDER

Upon consideration of Plaintiff's Motion to Compel and for Sanctions, and Defendant's opposition thereto, it is hereby ORDERED this ____ day of ____ that Plaintiff's motion is GRANTED.

_____
The Honorable Deborah A. Robinson,
United States District Magistrate Judge